UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>KEITH BERMAN and<br>DECISION DIAGNOSTICS CORP.,<br><br>　　　　　　　　　　Defendants. | COMPLAINT<br><br>20 Civ. 10658 (　　) |

### AFFIDAVIT OF DAVID MISLER

I, David Misler, declare as follows:

1. I am in good standing of the bars of the State of Maryland the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I do not have any disciplinary proceedings presently pending against me.

/
/
/
/
/
[*space intentionally left blank*]
/
/
/
/

1

NotaryCam DocID:5fdba701b96d7152888d776c

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

                                                               S/David Misler  *David Misler*
                                                               David Misler

Dated: December 17, 2020

State of Virginia

County of James City

Signed and sworn to (or affirmed) before me on 12/17/2020 by David Misler.

*Toni Josette Wright*

Signature of Notarial Officer

My Commission Expires On: 06/30/2024



TONI JOSETTE WRIGHT
ELECTRONIC
NOTARY
PUBLIC
REG # 7535126
EXPIRES
6/30/2024
COMMONWEALTH OF VIRGINIA

2