UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    v.

KEITH BERMAN and DECISION DIAGNOSTICS
CORP.,

                Defendants.

Civil Action No: 1:20  CV-10658

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Ronald S. Herzog, Esq., of GOLDBERG SEGALLA LLP has been retained by and hereby enters an appearance as attorney for Defendants Keith Berman and Decision Diagnostics Corp., in the above referenced matter.  Please direct all further communications concerning this matter to the undersigned at 665 Main Street, Buffalo, New York 14203 and kindly send copies of court notices to rherzog@goldbergsegalla.com

**DATED**:     White Plains, New York
            January 5, 2021

                     **GOLDBERG SEGALLA LLP**
                     *Attorneys for Defendants*

          By:    */s/ Ronald S. Herzog*
                  50 Main Street, Suite 425
                  White Plains, New York 10606
                  *Rherzog@goldbergsegalla.com*
                  Tel: 914.798.5419