UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                          :

SECURITIES AND EXCHANGE
COMMISSION,                            Case No. 20-CV-10658 (LAP)

            Plaintiff,

                                       **NOTICE OF APPEARANCE**

   - against -

KEITH BERMAN AND DECISION
DIAGNOSTICS CORP.,

             Defendants.
-----------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that Walter P. Loughlin, Attorney-at-Law, hereby enters his appearance in this action as counsel for Defendants Keith Berman and Decision Diagnostics Corp., and requests that all pleadings and papers in this action be served upon the undersigned.

Dated:    New York, New York
              January 27, 2021

                                                     Respectfully submitted,

                                                       /s/ Walter P. Loughlin
                                                       Walter P. Loughlin
                                                       Attorney-at-Law
                                                       1225 Park Avenue, Suite 3D
                                                       New York, New York 10128
                                                       Tel. (203) 216-3445
                                                      Email: walter.loughlin@gmail.com

                                                       *Attorney for Defendant Maurice Sessum*