**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

                     Plaintiff,                          NOTICE OF MOTION

                  - against -                          ECF Case

KEITH BERMAN,                               No. 20 Civ. 10658 (LAP)
DECISION DIAGNOSTICS CORP.

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

          PLEASE TAKE NOTICE that upon the complaint in the above-captioned action; the indictment in the criminal case captioned *United States* v. *Keith Berman*, 20-cr-00278-TNM (D.D.C.) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by and through its attorney, Daniel S. Kahn, the Acting Chief of the Fraud Section, Criminal Division,  of the United States Department of Justice, Christopher Fenton, Trial Attorney, and Justin Weitz, Principal Deputy Chief, its counsel, will move this Court for an order: (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay all discovery in the above-captioned action until the conclusion of the Criminal Case.

Dated: New York, New York
       March 1, 2021

                              Respectfully submitted,

                              DANIEL S. KAHN
                              Acting Chief, Fraud Section
                              Criminal Division

                    By:    _____/s/_____
                              CHRISTOPHER FENTON
                              Trial Attorney
                              JUSTIN WEITZ
                              Principal Deputy Chief
                              United States Department of Justice