

U.S. Department of Justice

Criminal Division

_____
Fraud Section                                                                 *Washington, D.C. 20530*

August 2, 2021

*<u>Via ECF</u>*
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

      Re:    <u>**SEC v. Keith Berman, et al., No. 1:20-cv-10658 (LAP)**</u>

Dear Judge Preska:

      We write on behalf of the United States of America (the "Government") to notify Your Honor of the status of defendant Keith Berman's criminal case pursuant to Your Honor's June 8, 2021 order (ECF 18).  Trial was scheduled to begin on September 20, 2021, but the parties recently became aware of a scheduling conflict.  On July 27, 2021, at the conclusion of a motions hearing and status conference, United States District Judge Trevor N. McFadden, who is presiding over Mr. Berman's criminal case, ordered the parties to meet and confer to select and propose a new trial date in 2021.  The Government anticipates that the parties will meet and confer this week.  <u>The Government will provide further notice to Your Honor once Judge McFadden enters a new scheduling order with a new trial date</u>.

      Respectfully submitted,

      Joseph Beemsterboer
      Acting Chief, Fraud Section

By: _____
     Christopher Fenton
     Trial Attorney

     Justin Weitz
     Principal Assistant Deputy Chief

SO ORDERED.
*Loretta A. Preska* 8/3/2021