

U.S. Department of Justice

Criminal Division

_____
Fraud Section                                                                                                 *Washington, D.C. 20530*

August 6, 2021

*Via ECF*
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

Re:   **SEC v. Keith Berman, et al., No. 1:20-cv-10658 (LAP)**

Dear Judge Preska:

    We write on behalf of the United States of America (the "Government") to further notify Your Honor of the status of defendant Keith Berman's criminal case pursuant to Your Honor's June 8, 2021 and August 3, 2021 orders (ECF 18, 20). Yesterday United States District Judge Trevor N. McFadden, who is presiding over Mr. Berman's criminal case, entered a new scheduling order continuing the trial from September 20, 2021 to January 4, 2022. Pursuant to Your Honor's June 8, 2021 order, the Government will provide its next update by letter by November 30, 2021.

    Respectfully submitted,

    Joseph Beemsterboer
    Acting Chief, Fraud Section

By: _____
    Christopher Fenton
    Trial Attorney

    Justin Weitz
    Principal Assistant Deputy Chief