**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | 20 Civ. 10658 (LAP) |
| Plaintiff, | |
| -against- | |
| **KEITH BERMAN** and **DECISION DIAGNOSTICS CORP.,** | |
| Defendants. | |

## MOTION TO SUBSTITUTE COUNSEL AND WITHDRAW APPEARANCE OF DAVID MISLER AS COUNSEL FOR PLAINTIFF

Pursuant to Local Civil Rule 1.4, the United States Securities and Exchange Commission (the "Commission") moves the Court for leave to substitute James M. Carlson as lead counsel for the Commission and permit David Misler to withdraw as counsel of record in the above-captioned action.

1. Mr. Misler has accepted other employment and departed the Commission on October 8, 2021. As such, he is no longer permitted to represent the Commission.

2. The case is currently stayed pending the resolution of *United States v. Berman*, 20-cr-278 in the United State District Court for the District of Columbia, and there are no pending deadlines.

3. The Commission will continue to be represented in this matter by James M. Carlson, who seeks to be substituted in Mr. Misler's place, as lead counsel in this case.

4. Mr. Carlson's Pro Hac Vice Motion has been filed separately, and is currently pending before this Court.

5. The Defendants will not be prejudiced by the granting of this motion.

Respectfully submitted,

Dated: October 15, 2021

/s        James Carlson
James M. Carlson
Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
100 F Street NE
Washington, DC 20549
Tel:  (202) 551-3711
Email: carlsonja@sec.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 15, 2021, I caused a copy of the foregoing Motion to be served by

ECF on all parties who have made an ECF appearance.


/s James Carlson
James Carlson