**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SECURITIES AND EXCHANGE COMMISSION,**

                              **Plaintiff,**                    20 Civ. 10658 (LAP)

            **-against-**

**KEITH BERMAN and**
**DECISION DIAGNOSTICS CORP.,**

                              **Defendants.**

[PROPOSED] ORDER

Upon consideration of the Motion to Substitute Counsel and Withdraw the Appearance of

David Misler as counsel for the Securities and Exchange Commission:

IT IS ORDERED that:

(1)    the Motion is GRANTED;

(2)    David Misler is withdrawn as attorney for Plaintiff Securities and Exchange
       Commission; and

(3)    James M. Carlson is substituted as lead counsel for Plaintiff.


Dated:                                    _____
                                          United States District Judge