UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

KEITH BERMAN and
DECISION DIAGNOSTICS CORP.,

                Defendants.

20 Civ. 10658 (LAP)

[PROPOSED] ORDER

Upon consideration of the Motion to Substitute Counsel and Withdraw the Appearance of David Misler as counsel for the Securities and Exchange Commission:

IT IS ORDERED that:

(1)    the Motion is GRANTED;

(2)    David Misler is withdrawn as attorney for Plaintiff Securities and Exchange Commission; and

(3)    James M. Carlson is substituted as lead counsel for Plaintiff.

Dated: 10/19/21

_____
United States District Judge