Case 1:20-cv-10658-LAP   Document 26   Filed 11/30/21   Page 1 of 1



**U.S. Department of Justice**

Criminal Division

Fraud Section                                                                                                       *Washington, D.C. 20530*

November 30, 2021

***Via ECF***
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

Re:   **SEC v. Keith Berman, et al., No. 1:20-cv-10658 (LAP)**

Dear Judge Preska:

We write on behalf of the United States of America (the "Government") to notify Your Honor of the status of defendant Keith Berman's criminal case pursuant to Your Honor's June 8, 2021 order (ECF 18). Mr. Berman's criminal case is scheduled to proceed to trial on January 4, 2022, and the Government expects the trial will, in fact, begin on that date. Pursuant to Your Honor's June 8, 2021 order, the Government will provide its next update by letter by March 30, 2022.

Respectfully submitted,

Joseph Beemsterboer
Acting Chief, Fraud Section

Christopher Fenton
Trial Attorney

Justin Weitz
Principal Assistant Deputy Chief

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
12/1/21