

U.S. Department of Justice

Criminal Division

_____
Fraud Section                                                                                               *Washington, D.C. 20530*

March 28, 2022

<u>*Via ECF*</u>
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

Re:   <u>**SEC v. Keith Berman, et al., No. 1:20-cv-10658 (LAP)**</u>

Dear Judge Preska:

    We write on behalf of the United States of America (the "Government") to notify Your Honor of the status of defendant Keith Berman's criminal case pursuant to Your Honor's June 8, 2021 order (ECF 18).  When the Government last wrote to Your Honor, Mr. Berman's criminal case was scheduled to proceed to trial on January 4, 2022.  Following three continuances, Mr. Berman's criminal case is now scheduled to proceed to trial on December 9, 2022.  One of the continuances was due to the COVID-19 pandemic; the other two continuances were due to Mr. Berman's medical condition.  Pursuant to Your Honor's June 8, 2021 order, the Government will provide its next update by letter by July 26, 2022.

    Respectfully submitted,

    Joseph Beemsterboer
    Acting Chief, Fraud Section

    _____
    Christopher Fenton
    Trial Attorney

    Justin Weitz
    Principal Assistant Deputy Chief