

U.S. Department of Justice

Criminal Division

_____
Fraud Section                                                                                           *Washington, D.C. 20530*

July 26, 2022

*Via ECF*
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

Re:   **SEC v. Keith Berman, et al., No. 1:20-cv-10658 (LAP)**

Dear Judge Preska:

    We write on behalf of the United States of America (the "Government") to notify Your Honor of the status of defendant Keith Berman's criminal case pursuant to Your Honor's June 8, 2021 order (ECF 18). When the Government last wrote to Your Honor, Mr. Berman's criminal case was scheduled to proceed to trial on December 9, 2022. Mr. Berman's criminal case is still expected to proceed to trial on that date. Pursuant to Your Honor's June 8, 2021 order, the Government will provide its next update by letter by November 23, 2022.

                                      Respectfully submitted,

                                      Lorinda Laryea
                                      Acting Chief, Fraud Section

By:   _____
                                      Christopher Fenton
                                      Trial Attorney