

**U.S. Department of Justice**

Criminal Division

---

Fraud Section                                                                                                   *Washington, D.C. 20530*

November 24, 2022

***Via ECF***
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

Re:   **SEC v. Keith Berman, et al., No. 1:20-cv-10658 (LAP)**

Dear Judge Preska:

    We write on behalf of the United States of America (the "Government") to notify Your Honor of the status of defendant Keith Berman's criminal case pursuant to Your Honor's June 8, 2021 order (ECF 18). When the Government last wrote to Your Honor, Mr. Berman's criminal case was scheduled to proceed to trial on December 9, 2022. Since that time, the trial date has been continued to July 10, 2023. Pursuant to Your Honor's June 8, 2021 order, the Government will provide its next update by letter by March 23, 2023.

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
11/28/22

Respectfully submitted,

Glenn S. Leon
Chief, Fraud Section

By: _____

Christopher Fenton
Trial Attorney