

U.S. Department of Justice

Criminal Division

_____

Fraud Section                                                                                                            *Washington, D.C. 20530*

March 23, 2023

*Via ECF*
Honorable Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

      Re:    <u>**SEC v. Keith Berman, et al., No. 1:20-cv-10658 (JHR)**</u>

Dear Judge Rearden:

      We write on behalf of the United States of America (the "Government") to notify Your Honor of the status of defendant Keith Berman's criminal case pursuant to the Court's June 8, 2021 order (ECF 18). When the Government last wrote to the Court, Mr. Berman's criminal case was scheduled to proceed to trial on July 10, 2023. Since that time, the trial date has been continued to December 8, 2023. In addition, Mr. Berman was arrested on March 16, 2023 and is in custody pending a revocation of bond hearing currently scheduled for March 30, 2023. Pursuant to the Court's June 8, 2021 order, the Government will provide its next update by letter by July 21, 2023.

      Respectfully submitted,

      Glenn S. Leon
      Chief, Fraud Section

By:  _____
      Christopher Fenton
      Trial Attorney