

U.S. Department of Justice

Criminal Division

_____
Fraud Section                                                                                                       *Washington, D.C. 20530*

August 10, 2023

*<u>Via ECF</u>*
Honorable Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

Re:     **<u>SEC v. Keith Berman, et al., No. 1:20-cv-10658 (JHR)</u>**

Dear Judge Rearden:

    We write on behalf of the United States of America (the "Government") to notify Your Honor of the status of defendant Keith Berman's criminal case pursuant to the Court's June 8, 2021 Order (ECF 18). When the Government last wrote to the Court, Mr. Berman's criminal case was scheduled to proceed to trial on December 8, 2023. The government fully expects the trial to proceed on that date. In addition, on April 25, 2023, Mr. Berman's bond was revoked and he was ordered detained. As a result, he is in custody pending his criminal trial. Pursuant to the Court's June 8, 2021 Order, the Government was scheduled to provide this update by letter by July 21, 2023 but, as a result of an oversight, did not provide it until today. Pursuant to the Court's June 8, 2021 Order, which directs the Government to provide an update every 120 days, the Government will provide its next update by letter by November 18, 2023 (which would be 120 days after the July 21, 2023 due date).

                                              Respectfully submitted,

                                              Glenn S. Leon
                                              Chief, Fraud Section

By:     _____
        Christopher Fenton
        Trial Attorney