U.S. Department of Justice

Criminal Division

_____
Fraud Section                                                                 *Washington, D.C. 20530*

December 11, 2023

**Via ECF**
Honorable Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

Re:     **SEC v. Keith Berman, et al., No. 1:20-cv-10658 (JHR)**

Dear Judge Rearden:

      We write on behalf of the United States of America (the "Government") to notify Your Honor of the status of defendant Keith Berman's criminal case pursuant to the Court's June 8, 2021 Order (ECF 18). When the Government last wrote to the Court, Mr. Berman's criminal case was scheduled to proceed to trial on December 8, 2023. On December 7, 2023, Mr. Berman pleaded guilty to all three counts charged in the superseding indictment. As such, the December 8, 2023 trial date was vacated. Mr. Berman is scheduled to be sentenced on April 12, 2024. Pursuant to the Court's June 8, 2021 Order, which directs the Government to provide an update every 120 days, the Government will provide its next update by letter by April 9, 2024.

      Respectfully submitted,

      Glenn S. Leon
      Chief, Fraud Section

By: _____
      Christopher Fenton
      Trial Attorney