AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| U.S. Securities & Exchange Commision | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-10658 |
| Keith Berman | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 04/12/2024

/s Matthew Reilly
*Attorney's signature*

Matthew Reilly (NY Bar 5130935)
*Printed name and bar number*
1400 New York Ave. NW
Washington, DC 20005

*Address*

matthew.reilly2@usdoj.gov
*E-mail address*

(202) 320-8523
*Telephone number*

*FAX number*