

**U.S. Department of Justice**

Criminal Division

_____

Fraud Section                                                    *Washington, D.C. 20530*

April 12, 2024

***Via ECF***
Honorable Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

  Re: **SEC v. Keith Berman, et al., No. 1:20-cv-10658 (JHR)**

Dear Judge Rearden:

  We write on behalf of the United States of America (the "Government") to notify the Court of the status of defendant Keith Berman's criminal case pursuant to the Court's June 8, 2021 Order (ECF 18).  Today, Mr. Berman was sentenced by the U.S. District Court for the District of Columbia to a term of 84 months of incarceration on Counts 1 (securities fraud) and 2 (wire fraud) of the First Superseding Indictment and a term of 60 months of incarceration on Count 3 (obstruction of an agency proceeding), all terms to run concurrently.  Mr. Berman's term of incarceration will be followed by a term of 36 months of supervised release.  The District Court ordered the Government to submit its final proposed restitution figure within 60 days.  The Government intends to provide this Court with an update concerning its position on a continuation of the stay after (i) determining whether the Defendant will file a notice of appeal and (ii) submitting the proposed restitution figures to the District Court.  Pursuant to the Court's June 8, 2021 Order, which directs the Government to provide an update every 120 days, the Government will provide its next update by letter by August 7, 2024.

      Respectfully submitted,

      GLENN S. LEON
      Chief, Fraud Section

  By: 
      Matthew Reilly
      Christopher Fenton
      Trial Attorneys