

U.S. DEPARTMENT OF JUSTICE

CRIMINAL DIVISION

---

*Fraud Section*

1400 New York Ave. NW
Washington, D.C. 20530

November 29, 2024

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

    Re:  SEC v. Keith Berman, et al., No. 1:20-cv-10658 (JHR)

Dear Judge Rearden:

    We write on behalf of the United States of America (the "Government") to notify the Court of the status of defendant Keith Berman's criminal case pursuant to the Court's June 8, 2021 Order (ECF 18). The parties have briefed restitution issues before Judge McFadden and a determination of the applicable restitution is under submission.  Additionally, Mr. Berman has filed his opening appellate brief.  Pursuant to the Court's June 8, 2021 Order, which directs the Government to provide an update every 120 days, the Government will provide its next update by letter by March 29, 2025 unless this Court instructs that the Government should no longer provide such updates in light of the resolution of the criminal case before the District Court.

    Should you have any questions, please contact me at (202) 320-8523 or matthew.reilly2@usdoj.gov.

    Sincerely,

    GLENN S. LEON
    Chief, Fraud Section

    */s Matt Reilly*

    **Matthew Reilly**
    Trial Attorney
    UNITED STATES DEPARTMENT OF JUSTICE
    Criminal Division, Fraud Section
    Market Integrity and Major Frauds

1400 New York Ave. NW  
Washington, D.C. 20005  
(202) 320-8523  
matthew.reilly2@usdoj.gov