**U.S. DEPARTMENT OF JUSTICE**

CRIMINAL DIVISION

*Fraud Section*

*1400 New York Ave. NW*
*Washington, D.C. 20530*

July 23, 2025

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

Re: SEC v. Keith Berman, et al., No. 1:20-cv-10658 (JHR)

Dear Judge Rearden:

We write on behalf of the United States of America to notify the Court of the status of defendant Keith Berman's criminal case pursuant to the Court's June 8, 2021 Order, ECF No. 18. On April 1, 2025, the United States Court of Appeals for the D.C. Circuit heard oral argument on Mr. Berman's appeal, but no appellate decision has been rendered. On May 16, 2025, the District Court issued an Order requiring the defendant to pay $613,286.08 in restitution. *Unites States v. Berman*, 1:20-cr-278-TNM, ECF No. 217 (D.D.C. May 16, 2025).

Pursuant to the Court's June 8, 2021 Order, which directs the Government to provide an update every 120 days, the Government will provide its next update by letter by November 20, 2025 unless this Court instructs that the Government should no longer provide such updates in light of the resolution of the criminal case before the District Court.

Should you have any questions, please contact me at (202) 320-8523 or matthew.reilly2@usdoj.gov.

Sincerely,

LORINDA I. LARYEA
Chief, Fraud Section

*/s Matt Reilly*

**Matthew Reilly**
Trial Attorney

<div style="text-align: right;">

UNITED STATES DEPARTMENT OF JUSTICE
Criminal Division, Fraud Section
Market Integrity and Major Frauds
1400 New York Ave. NW
Washington, D.C. 20005
(202) 320-8523
matthew.reilly2@usdoj.gov

</div>