

U.S. DEPARTMENT OF JUSTICE

CRIMINAL DIVISION

---

*Fraud Section*                                            1400 New York Ave. NW
                                                           Washington, D.C. 20530

                                                           November 19, 2025

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

      Re:  <u>SEC v. Keith Berman, et al., No. 1:20-cv-10658 (JHR)</u>

Dear Judge Rearden:

      We write on behalf of the United States of America to notify the Court of the status of defendant Keith Berman's criminal case pursuant to the Court's June 8, 2021 Order (ECF 18). On July 25, 2025, the U.S. Court of Appeals for the D.C. Circuit affirmed defendant's sentence in a published decision.  <u>See</u> <u>United States v. Berman</u>, 145 F.4th 1376 (D.C. Cir. 2025).  The mandate issued on September 16, 2025.  To the government's knowledge, no petition for *en banc* review or *writ of certiorari* to the Supreme Court of the United States was filed.  Accordingly, the government no longer views the pendency of the criminal matter as a basis for the stay of the matter before this Court.

      Pursuant to the Court's June 8, 2021 Order, which directs the Government to provide an update every 120 days, the Government will provide its next update by letter by **March 19, 2026** unless this Court instructs that the Government should no longer provide such updates in light of the resolution of the criminal case.

      Sincerely,

      LORINDA I. LARYEA
      Acting Chief, Fraud Section

      */s Matt Reilly*

      **Matthew Reilly**
      Trial Attorney
      UNITED STATES DEPARTMENT OF JUSTICE

Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, D.C. 20005
(202) 320-8523
matthew.reilly2@usdoj.gov