

U.S. DEPARTMENT OF JUSTICE

CRIMINAL DIVISION

---

*Fraud Section*　　　　　　　　　　　　　　　　　　1400 New York Ave. NW
　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530

November 19, 2025

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

> By **December 1, 2025**, the parties shall file a letter or letters (1) addressing why the stay in this action should not be lifted, and (2) proposing next steps in the event the Court lifts the stay.
>
> SO ORDERED.
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: November 20, 2025

　　　Re:　SEC v. Keith Berman, et al., No. 1:20-cv-10658 (JHR)

Dear Judge Rearden:

　　　We write on behalf of the United States of America to notify the Court of the status of defendant Keith Berman's criminal case pursuant to the Court's June 8, 2021 Order (ECF 18). On July 25, 2025, the U.S. Court of Appeals for the D.C. Circuit affirmed defendant's sentence in a published decision. See United States v. Berman, 145 F.4th 1376 (D.C. Cir. 2025). The mandate issued on September 16, 2025. To the government's knowledge, no petition for *en banc* review or *writ of certiorari* to the Supreme Court of the United States was filed. Accordingly, the government no longer views the pendency of the criminal matter as a basis for the stay of the matter before this Court.

　　　Pursuant to the Court's June 8, 2021 Order, which directs the Government to provide an update every 120 days, the Government will provide its next update by letter by **March 19, 2026** unless this Court instructs that the Government should no longer provide such updates in light of the resolution of the criminal case.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　LORINDA I. LARYEA
　　　　　　　　　　　　　　　　　　　　　　Acting Chief, Fraud Section

　　　　　　　　　　　　　　　　　　　　　　*/s Matt Reilly*

　　　　　　　　　　　　　　　　　　　　　　**Matthew Reilly**
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DEPARTMENT OF JUSTICE

Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, D.C. 20005
(202) 320-8523
matthew.reilly2@usdoj.gov