UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | 20 Civ. 10658 (JHR) |
| -v.- | ORDER |
| KEITH BERMAN et al., | |
| Defendants. | |

JENNIFER H. REARDEN, District Judge:

Pursuant to the Court's December 22, 2025 Order, Defendant Keith Berman was to inform the Court by January 21, 2026 "whether he ha[d] retained new counsel or intend[ed] to proceed *pro se*." ECF No. 48. The same Order required Mr. Berman to respond to the Complaint by February 20, 2026. *Id.*

The Court is in receipt of a letter from Defendant Keith Berman, postmarked January 20, 2026 and bearing a return address of Federal Medical Center Fort Worth in Fort Worth, Texas, where the Court understands that Defendant is currently incarcerated. The letter is appended to this Order as Attachment A. The Court received the letter on February 10, 2026, a full 21 days after its postmark. In the letter, Mr. Berman states that his "ability to communicate with potential counsel . . . is severely restricted by reason of [his] imprisonment." Attachment A. He requests that "[his] time to secure new personal counsel or failing that, [to] inform the court that [he] will be proceeding pro se, be extended until April 6, 2026." *Id.* Mr. Berman also requests that his time to respond to the Complaint be extended to May 6, 2026. *Id.*

In view of the foregoing, Mr. Berman's application regarding his time to obtain new counsel is GRANTED *nunc pro tunc*. By **April 6, 2026**, Mr. Berman or his new counsel shall file a letter informing the Court whether new counsel has been retained or if Mr. Berman intends

to proceed *pro se*. For the same reasons, Mr. Berman's application regarding his deadline to respond to the Complaint is also GRANTED. Mr. Berman shall respond to the Complaint by **May 6, 2026**.

The Clerk of Court shall mail this Order to Mr. Berman at Federal Medical Center Fort Worth.

SO ORDERED.

Dated: February 20, 2026
New York, New York

                                             _____
                                             JENNIFER H. REARDEN
                                             United States District Judge

# ATTACHMENT A

The Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
U.S. Courthouse, 500 Pearl Street
New York New York 10007-1312



Mr. Keith Berman
Reg.# 22728-509
FMC Fort Worth
Federal Medical Center
P.O. Box 15330
Fort Worth Tx. 76119

Dear Honorable Judge Rearden,

    I was recently provided with a copy of your December 22, 2025 order in case# 1:20-cv-10658-JHR directing me to advise the court by January 21, 2026 whether I have secured new counsel or if I intend to appear pro se since the stay of this action has now been lifted. Your Honor also directed defendant Decision Diagnostics Corp. to secure new counsel by January 21, 2026. I received a copy of your order on January 11, 20026. Both defendants were directed to respond to the complaint by Febtuary 20, 2026

    As your Honor may be aware, I am currently incarcerated at an FMC prison in Texas. My ability to communicate with potential counsel in an attempt to secure new representation for myself is severely restricted by reason of my imprisonment. I would therefore respectfully request that my time to secure new personal counsel or failing that, inform the court that I will be proceeding pro se, be extended until April 6, 2026. And my response to the complaint be exteded to May 6, 2026. These requests would not result in any prejudice to the SEC, as this matter is not on the trial calendar and had been stayed for approximately 4 1/2 years

    Thank you for your consideration of this request.

Respectfully submitted,

⇔728-509⇔
Keith M Berman
FMC Ft. Worth
P.O. Box 15330
Register #22728-509
FORT Worth, TX 76119
United States

NORTH TEXAS TX P&DC
DALLAS TX 750
20 JAN 2026 PM 9 L

⇔22728-509⇔
Honorable Jennifer H Rearden
So District of NY
500 Pearl ST
U.S. District Judge
NEW YORK, NY 10007
United States