UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>KEITH BERMAN et al.,<br><br>                              Defendants. | 20 Civ. 10658 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of a letter from Ronald S. Herzog, counsel for Defendants Keith Berman and Decision Diagnostics Corp., "request[ing] that [he] be relieved as counsel of record for defendants." *See* Attachment A. Although the letter is dated January 21, 2026, the Court did not receive it until February 10, 2026.

On June 8, 2021, before issue was joined, this action was stayed pending resolution of Defendant Berman's parallel criminal case.[1] *See* ECF No. 18. On November 19, 2025, Intervenor the United States of America notified the Court that "the government no longer views the pendency of [Mr. Berman's] criminal matter as a basis for the stay." ECF No. 43. On December 1, 2025, contending that "[t]here was no other reason for the imposition of the stay," Plaintiff the Securities and Exchange Commission (the "SEC") requested that the stay in this case be lifted. *See* ECF No. 47. In its application, the SEC noted that Defendants' attorneys of record, Mr. Herzog and Walter P. Loughlin, had retired from the practice of law and passed away, respectively. *See* ECF No. 47 at 1-2. On December 22, 2025, the Court granted the

---

[1] This case was originally assigned to the Honorable Loretta A. Preska and reassigned to this Court in 2023.

SEC's request.  *See* ECF No. 48.  The Court also ordered that Defendants retain new counsel or, in the case of Mr. Berman, inform the Court if he intended to proceed *pro se*.

Mr. Herzog's letter confirms that, "[o]n December 31, 2022, while the stay was in effect, [Mr. Herzog] retired from the practice of law and ha[s] continuously been retired since that date."  *See* Attachment A.  He further confirms that his former co-counsel, Mr. Loughlin, passed away on November 30, 2024.  *See id.*

In view of counsel's submission, the Court concludes that "satisfactory reasons for withdrawal" have been shown.  Local Civ. R. 1.4; *see also TufAmerica Inc. v. Codigo Music LLC*, No. 11 Civ. 1434 (ER), 2017 WL 3475499, at *5 (S.D.N.Y. Aug. 11, 2017) (observing that "a court has considerable discretion in deciding a motion for withdrawal of counsel" (citation omitted)).  Mr. Herzog's motion to withdraw as counsel is GRANTED.

The Clerk of Court is directed to terminate Ronald S. Herzog and Walter P. Loughlin from the list of active counsel in this case, and to mail this Order to Defendant Berman at Federal Medical Center Fort Worth.  The Clerk of Court is further directed to mail this Order, as well as the Orders at ECF Nos. 48 and 49, to Defendant Decision Diagnostics Corp. at the mailing address listed on its latest filing with the SEC, *see* Decision Diagnostics Corp., Form 1-A-W (Mar. 18, 2019), https://www.sec.gov.: 2660 Townsgate Road, Suite 300, Westlake Village, CA 91361.

SO ORDERED.

Dated: February 27, 2026
       New York, New York

                                                   *Jennifer H. Rearden*
                                                   JENNIFER H. REARDEN
                                                   United States District Judge

# ATTACHMENT A

**RONALD S. HERZOG**
**26 Wilputte Place**
**New Rochelle, New York 10804**



January 21, 2026

Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

RE: *SEC v. Berman et. al, 1:20-cv-10658 (JHR)*

Dear Hon. Judge Rearden:

Please accept this letter in lieu of a formal motion pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York requesting that I be relieved as counsel of record for defendants Keith Berman and Decision Diagnostics Corp. (collectively, "Defendants").

The procedural history of this matter is set forth in the December 1, 2025, letter to the Court from the United States Securities and Exchange Commission (the "SEC") and will not be repeated at length. As noted by the SEC, shortly after the commencement of this action on December 17, 2020, the United States Department of Justice filed a criminal action against Mr. Berman in the United Stated District Court for the District of Columbia based on the same transactions and occurrences that formed the basis of the SEC's action. Prior to the expiration of the Defendants' time to answer or conduct any discovery in this action the Department of Justice moved to intervene and stay this action based on the common nucleus of the operative allegations. That motion was granted without opposition on June 8, 2021.

The SEC's request that the stay of this action be lifted after nearly four and one-half (4.5) years was recently granted. On December 31, 2022, while the stay was in effect, I retired from the practice of law and have continuously been retired since that date. Walter P. Loughlin, Esq., a sole practitioner who was Defendants' co-counsel, passed away on November 30, 2024.

No retaining or charging lien has to the best of my knowledge been asserted by my former firm, Goldberg Segalla, LLP. The action is not currently on the court's trial calendar and the Defendants' time to appear, and answer has previously been extended by the Court.

As noted by the SEC, Mr. Berman is currently incarcerated in Fort Worth, Texas. In accordance with Local Rule 1.4, simultaneously with the filing of this letter a copy is being mailed to Mr. Berman as follows:

> **Mr. Keith Berman**
> **Register 22728-509**
> **FMC, Fort Worth**
> **Medical Center**
> **P.O. Box 15330**
> **Ft. Worth, Texas 76119**

For the foregoing reasons it is respectfully requested that my application to be relieved as Defendants' counsel of record be granted.

Respectfully submitted,

*/s/ Ronald S. Herzog*

Ronald S. Herzog

RSH/ht
cc: Mr. Keith Berman