

U.S. DEPARTMENT OF JUSTICE

CRIMINAL DIVISION

*Fraud Section*

1400 New York Ave. NW
Washington, D.C. 20530

March 12, 2026

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

      Re:  SEC v. Keith Berman, et al., No. 1:20-cv-10658 (JHR)

Dear Judge Rearden:

      We write on behalf of the United States of America to notify the Court of the status of defendant Keith Berman's criminal case pursuant to the Court's June 8, 2021 Order.  *See* ECF No. 18.  As previously noted, in 2025, the U.S. Court of Appeals for the D.C. Circuit affirmed defendant's sentence in a published decision.  *See* United States v. Berman, 145 F.4th 1376 (D.C. Cir. 2025).  On December 22, 2025, this Court lifted the stay in this matter.  *See* ECF No. 48.

      Pursuant to the Court's June 8, 2021 Order, the Government is required to provide an update to this Court every 120 days.  *See* ECF No. 18.  As the stay has now been lifted and litigation between the parties has resumed, the Government respectfully asks that the Court relieve the United States of its obligation to provide updates every 120 days.  The Government suggests that it notify the parties directly of any future developments in the criminal case – to the extent there are any – and, should an unexpected development of significant import arise, directly apprise the Court.

      Sincerely,

      LORINDA I. LARYEA
      Chief, Fraud Section

      */s Matt Reilly*
      **Matthew Reilly**
      Acting Assistant Chief
      UNITED STATES DEPARTMENT OF JUSTICE
      Criminal Division, Fraud Section

        1400 New York Ave. NW  
        Washington, D.C. 20005  
        (202) 320-8523  
        matthew.reilly2@usdoj.gov