

**U.S. DEPARTMENT OF JUSTICE**

CRIMINAL DIVISION

---

*Fraud Section*                                              *1400 New York Ave. NW*
                                                             *Washington, D.C. 20530*

                                                             March 12, 2026

**<u>VIA ECF</u>**                                  Application GRANTED.

Honorable Jennifer H. Rearden                  SO ORDERED.
United States District Judge                   *[signature]*
United States Courthouse                       Jennifer H. Rearden, U.S.D.J.
500 Pearl Street, Room 1010                    Dated: March 17, 2026
New York, New York 10007

          Re:  <u>SEC v. Keith Berman, et al., No. 1:20-cv-10658 (JHR)</u>

Dear Judge Rearden:

        We write on behalf of the United States of America to notify the Court of the status of
defendant Keith Berman's criminal case pursuant to the Court's June 8, 2021 Order.  *See* ECF
No. 18.  As previously noted, in 2025, the U.S. Court of Appeals for the D.C. Circuit affirmed
defendant's sentence in a published decision.  <u>See United States v. Berman</u>, 145 F.4th 1376
(D.C. Cir. 2025).  On December 22, 2025, this Court lifted the stay in this matter.  *See* ECF No.
48.

        Pursuant to the Court's June 8, 2021 Order, the Government is required to provide an
update to this Court every 120 days.  *See* ECF No. 18.  As the stay has now been lifted and
litigation between the parties has resumed, the Government respectfully asks that the Court
relieve the United States of its obligation to provide updates every 120 days.  The Government
suggests that it notify the parties directly of any future developments in the criminal case – to the
extent there are any – and, should an unexpected development of significant import arise,
directly apprise the Court.

                                         Sincerely,

                                         LORINDA I. LARYEA
                                         Chief, Fraud Section


                                         */s Matt Reilly*
                                         **Matthew Reilly**
                                         Acting Assistant Chief
                                         UNITED STATES DEPARTMENT OF JUSTICE
                                         Criminal Division, Fraud Section

1400 New York Ave. NW
Washington, D.C. 20005
(202) 320-8523
matthew.reilly2@usdoj.gov