**UNITED STATES DISTRICT COURT**
**SOUTHERN DISRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KEITH BERMAN and DECISION DIAGNOSTICS CORP.,<br><br>　　　　　Defendants. | Case No. 1:20-CV-10658 (JHR)<br><br>**DECLARATION IN SUPPORT OF CLERK'S CERTIFICATE OF DEFAULT AGAINST DEFENDANTS KEITH BERMAN AND DECISION DIAGNOSTICS CORP.** |

I, Kristen M. Warden, hereby declare as follows:

1.　　I am over eighteen years of age and am an attorney licensed to practice law in New York and the District of Columbia.  I am Trial Counsel with the Securities and Exchange Commission ("SEC"), admitted in this Court to appear in this case *pro hac vice*, and an attorney of record for the SEC in this case.

2.　　I submit this declaration in support of the SEC's Request for Clerk's Certificate of Default against Defendants Keith Berman ("Berman") and Decision Diagnostics Corp. ("Decision Diagnostics") (collectively "Defendants").  I make this declaration based upon personal knowledge, except where otherwise indicated.

**I.　The Defendants Against Whom the SEC Seeks a Certificate of Default Are Not Infants, in the Military, nor Incompetent Persons**

3.　　I am aware that Defendant Berman is over the age of 21, and I am unaware of any information suggesting that he is an incompetent person.

4.　　Further, I performed a search on the Servicemembers Civil Relief Act (SCRA) Website (http://scra.dmdc.osd.mil) using Defendant Berman's first name, last name, and birthdate.

Based on the results of that search and my own personal knowledge, I have determined that he is not a member of the military on active duty.

5.    As a Nevada corporation, Decision Diagnostic is not an infant, in the military, or an incompetent person.

**II.    The Defendants Have Failed to Plead or Otherwise Defend this Action and the SEC's Complaint Was Properly Served on Defendants**

6.    This action was commenced on December 17, 2020, by the filing of the SEC's Complaint against Berman and Decision Diagnostics.  (Dkt. No. 1.)

7.    On January 5, 2021, Ronald S. Herzog, then counsel for Defendants[1], executed a written waiver of service of the Summons and Complaint on behalf of Defendants, and proof of the written waiver was filed with the Court.  (Dkt. No. 11.)  Defendants' answer or otherwise responsive pleading was initially due on February 26, 2021.  (*Id.*)

8.    On February 12, 2021, Defendant Berman moved for an extension of time to file an answer or otherwise responsive pleading, and the Court granted that request the same day.  (Dkt. Nos. 14-15.)  Also on February 12, 2021, the Court adjourned Defendant Berman's time to respond or answer the Complaint *sine die*.  (Dkt. No. 15.)

9.    On June 8, 2021, the Court stayed this case pending resolution of Defendant Berman's parallel criminal case, *United States v. Keith Berman*, 20-cr-00278-TNM (D.D.C.).  (Dkt. No. 18.)

10.    On November 19, 2025, the United States Department of Justice ("DOJ") notified the Court that "the government no longer views the pendency of the criminal matter as a basis for the stay of the matter before this Court."  (Dkt. No. 43.)

---

[1] On February 27, 2026, the Court granted Ronald S. Herzog's motion to withdraw as counsel in this case.  (Dkt. No. 50.)

11.    On December 1, 2025, the SEC requested that the stay be lifted because the pendency of the parallel criminal case against Defendant Berman, 20-cr-00278-TNM (D.D.C.), was no longer a basis for the stay.  (Dkt. No. 47.)  On December 22, 2025, the Court granted the SEC's request.  (Dkt. No. 48.)

12.    On December 22, 2025, the Court ordered both Berman and Decision Diagnostics to answer the Complaint by February 20, 2026. (Dkt. No. 48.)

13.    On February 20, 2026, the Court extended the time for Berman to answer the Complaint until May 6, 2026. (Dkt. No. 49.)

14.    To date, Defendants have not answered or otherwise responded to the Complaint. The deadline for Defendants to answer or otherwise plead in response to the Complaint has expired.

15.    A Request for Clerk's Certificate of Default is attached hereto.

16.    Accordingly, the SEC requests that the default of Defendants Berman and Decision Diagnostics be noted and a certificate of default issued against the Defendants.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Executed this 29th day of May, 2026, in Washington, DC.

/s/ *Kristen M. Warden*
Kristen M. Warden
Attorney for Plaintiff
Securities and Exchange Commission