**UNITED STATES DISTRICT COURT**
**SOUTHERN DISRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, vs. KEITH BERMAN and DECISION DIAGNOSTICS CORP., Defendants. | Case No. 1:20-cv-10658 (JHR) **REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT** |

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Plaintiff Securities and Exchange Commission requests a Clerk's certificate of entry of default as to Defendants Keith Berman and Decision Diagnostic Corp.  Within an accompanying declaration, I declare that the parties against whom the judgment is sought, Defendants Keith Berman and Decision Diagnostic Corp.:

1.    are not infants or incompetent persons;

2.    are not in the military service;

3.    were properly served via an executed written waiver of service of the summons under Fed. R. C. P. 4(d)(1) and proof of the written waiver having been filed with the Court (Dkt. No. 11); and

4.    have defaulted in appearance in the above captioned action.

Dated:  May 29, 2026
        Washington, D.C.

/s/ *Kristen M. Warden*
Kristen M. Warden
Attorney for Plaintiff
U.S. SECURITIES AND EXCHANGE
COMMISSION
100 F Street, N.E.
Washington, DC 20594

Phone: (202) 256-7941
Wardenk@sec.gov