⇔22728-509⇔
Keith M. Berman
FMC Ft. Worth
. PO Box  15330
Register #22728-509
FORT Worth, TX 76119
United States

⇔22728-509⇔
Honorable Jennifer H Rearden
So District of NY
500 Pearl ST
U.S. District Judge
NEW YORK, NY 10007
United States



May 1, 2026

Re: 1:20-cv-10658-JHR

Dear Honorable Judge Rearden,

Several months ago I wrote to you about the above referenced case, a case where my company and I are named defendants. Some time has passed since my last communication.  In that communication I indicated that I was still incarcerated here at FMC Ft. Worth but that I would be released to home confinement.  The purpose of this letter is to tell you that I have not received a reply to my previous letter.  I have assumed this entire time that you would make a ruling on my previous request (and that of Decision Diagnostics Corp.).  I have not received as of this writing any communication from the court. Thus I am writing today to inquire whether you have made such a ruling, and if so, please have this ruling sent directly to me.

I expect to receive an early release in the next 45 days (or less). After my release I will have many more abilities to communicate with the lawyer(s) who will represent me and my company Decision Diagnostics Corp. It is very difficult to gain any momentum in retaining counsel when I am only allowed 15 minutes to connect and talk on the phone -- all with a total lack of privacy.  Once I am released to my own home this will change.  Nonetheless while here I am still working on retaining counsel. Also, and second, I have no documentation for this case and I will have to gain the documentation and the court record thus far in the case.

Therefore Your Honor, please have the court provide me with your ruling, if any. Once received I will work diligently to prepare for the proceedings for myself and my company beginning with the hiring counsel.

My mailing address is at the masthead of this letter.  Please take into account if you have sent a ruling previously I would not be surprised that any such letter from the court would be stalled the prison mail room.

Thank you for your consideration.

Very truly yours,

Keith M. Berman