**UNITED STATES DISTRICT COURT**
**SOUTHERN DISRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

  vs.

KEITH BERMAN and DECISION
DIAGNOSTICS CORP.,

     Defendants.

Case No. 1:20-cv-10658 (JHR)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

---

I, **TAMMI M. HELLWIG**, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 17, 2020, with the filing of a Summons and Complaint (Dkt. Nos. 1, 9), and on January 5, 2021, then counsel for Defendant Keith Berman ("Berman"), Ronald S. Herzog, executed a written waiver of the service of the Summons and Complaint on behalf of Defendant Berman (Dkt. No. 11), which was filed on January 5, 2021.  (*Id.*)  Subsequently, the Court ordered Defendant Berman to answer or otherwise respond to the Complaint by May 6, 2026 (Dkt. No. 49.)

I further certify that the docket entries indicate that Defendant Berman has not filed an answer or otherwise moved with respect to the Complaint herein.  The default of Defendant Berman is hereby noted.

**Dated: New York, New York**
     June 3     , 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

                          K. mango

By:  _____
     **DEPUTY CLERK**