**UNITED STATES DISTRICT COURT**
**SOUTHERN DISRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

  vs.

KEITH BERMAN and DECISION
DIAGNOSTICS CORP.,

      Defendants.

Case No. 1:20-cv-10658 (JHR)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

---

    I, **TAMMI M. HELLWIG**, Clerk of the United States District Court for the Southern

District of New York, do hereby certify that this action was commenced on December 17, 2020,

with the filing of a Summons and Complaint, and on January 5, 2021, then counsel for Defendant

Decision Diagnostics Corp ("Decision Diagnostics"), Ronald S. Herzog, executed a written waiver

of the service of the Summons and Complaint on behalf of Decision Diagnostics, which was

returned and filed on January 5, 2021.  (Dkt. No. 11.)  Subsequently, the Court ordered Defendant

Decision Diagnostics to answer the Complaint by February 20, 2026. (Dkt. No. 48.)

    I further certify that the docket entries indicate that Defendant Decision Diagnostics has not

filed an answer or otherwise moved with respect to the Complaint herein.  The default of Defendant

Decision Diagnostics is hereby noted.

**Dated: New York, New York**
       June 3    **, 2026**

**TAMMI M. HELLWIG**
**Clerk of Court**

By:     _K. Mango_
                          
**DEPUTY CLERK**