**UNITED STATES DISTRICT COURT**
**SOUTHERN DISRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH BERMAN and DECISION DIAGNOSTICS CORP.,<br><br>Defendants. | Case No. 1:20-cv-10658 (JHR) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, I served Proposed Clerk's Certificates of Default as to Defendants Keith Berman and Decision Diagnostics Corp. ("Defendants"), Declarations In Support, and Requests for Clerk's Certificate of Default as to Defendants, Dkt. Nos. 58-61-1 by UPS Mail upon the following:

Keith M. Berman
FMC Ft. Worth
P.O. Box 15330
Register # 22728-509
Fort Worth, Texas, 76119
United States

  *Defendant*

Decision Diagnostics Corp.
2660 Townsgate Road
Suite 300
Westlake Village, CA 91361
United States

*Defendant*

Dated:  July 13, 2026
Washington, D.C.

/s/ *Kristen M. Warden*
Kristen M. Warden*

Attorney for Plaintiff
U.S. SECURITIES AND EXCHANGE
COMMISSION
100 F Street, N.E.
Washington, DC 20594
Phone: (202) 256-7941
Wardenk@sec.gov

1

2

*Admitted *pro hac vice*

2