**UNITED STATES DISTRICT COURT**
**SOUTHERN DISRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>vs.<br>KEITH BERMAN and DECISION DIAGNOSTICS CORP.,<br>Defendants. | Case No. 1:20-cv-10658 (JHR) |

**DECLARATION OF SERVICE OF DKT NOS. 67-70-1**

I, Kristen M. Warden, declare as follows:

1. I am counsel for Plaintiff Securities and Exchange Commission ("SEC") in this action.

2. On October 1, 2026, I caused a true and correct copy of Docket Numbers 67, 68, 68-1, 69, 70, and 70-1 in Case No. 1:20-cv-10658-JHR to be served by UPS Mail upon the following individuals:

1. Keith Berman
   FMC Fort Worth
   PO Box 15330
   Register # 22728-509
   Fort Worth, TX 76119

2. Decision Diagnostics Corp.
   2660 Townsgate Road
   Suite 300
   Westlake Village, CA 91361

Dated: October 1, 2026
Washington, D.C.

s/ *Kristen M. Warden*
Kristen M. Warden*

Attorney for Plaintiff
U.S. SECURITIES AND
EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20594
Phone: (202) 256-7941
Wardenk@sec.gov

*Admitted *pro hac vice*