**UNITED STATES DISTRICT COURT**
**SOUTHERN DISRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH BERMAN and DECISION DIAGNOSTICS CORP.,<br><br>Defendants. | Case No. 1:20-cv-10658 (JHR)<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

I, **TAMMI M. HELLWIG**, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 17, 2020, with the filing of a Summons and Complaint, and on January 5, 2021, then counsel for Defendant Decision Diagnostics Corp ("Decision Diagnostics"), Ronald S. Herzog, executed a written waiver of the service of the Summons and Complaint on behalf of Decision Diagnostics, which was returned and filed on January 5, 2021. (Dkt. No. 11.) Subsequently, the Court ordered Defendant Decision Diagnostics to answer or otherwise respond to the Complaint by May 6, 2026, and then extended to September 18, 2026. (Dkt. Nos. 49, 66.)

I further certify that the docket entries indicate that Defendant Decision Diagnostics has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant Decision Diagnostics is hereby noted.

**Dated: New York, New York**
October 6**, 2026**

**TAMMI M. HELLWIG**
**Clerk of Court**

By: ____________________
**DEPUTY CLERK**